| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x The Corporation Company  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): The Corporation Company   C. Date of Delivery: 8/31/07 |
| 1. Article Addressed to: 07-775<br>Army Fleet Support, LLC<br>c/o The Corporation Co.<br>2000 Interstate Park Drive<br>Ste 204<br>Montgomery, AL 36109 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 0500 0000 1375 3352 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540