IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **PAULA F. DeFRANK** | ) | |
|     **Plaintiff** | ) | |
| | ) | |
|     v. | ) | **CASE NUMBER 1:07-cv-775-WKW** |
| | ) | |
| **ARMY FLEET SUPPORT, L.L.C.,** | ) | **(JURY DEMAND)** |
|     **Defendant** | ) | |

### REPORT OF PARTIES' RULE 26(f) PLANNING MEETING

**1.** Pursuant to Fed.R.Civ.P. 26(f), a meeting was held by telephone on October 2, 2007, and was attended by:

    A.    Jimmy Jacobs for plaintiff

    B.    Kirk C. Shaw for the defendant

    **2.**    **Pre-discovery Disclosures**. The parties will exchange the information required by Fed.R.Civ.P. 26(a) (1) within 21 days of entry of the Court's Scheduling Order.

    **3.**    **Discovery Plan**. The parties jointly propose to the court the following discovery plan:

    A.    Discovery will be needed on the following subjects: the issues and allegations raised by Plaintiff's Complaint; the defenses asserted in Defendant's Answer; Plaintiff's claimed damages; the defenses thereto; and, the mitigation thereof.

    B.    All discovery will be commenced in time to be completed sixty days following the deadline for dispositive motions.

    C.    A maximum of 40 interrogatories may be submitted by each party to any other party. Responses are due 30 days after service.

  D. A maximum of 30 requests for admission may be submitted by each party to any other party. Responses are due 30 days after service.

  E. The Plaintiff does not agree to any pre-determined limit on Requests for Production. The Defendant requests a limit of 25 on Requests for Production.

  F. A maximum of 10 depositions each may be conducted by plaintiff and by defendant. Each deposition of a non-party witness will be limited to maximum of four hours. Depositions of parties will be limited to seven (7) hours within one (1) day unless extended by agreement of parties.

  G. Reports from retained experts under Rule 26(a) (2) will be due from plaintiff by April 16, 2008, and from defendant by June 1, 2008.

  H. Supplementations under Rule 26(e) of automatic disclosures and/or discovery responses are due as provided in the rule.

**4. Other items.**

  **A.** The parties do not request a conference with the Court before entry of the Scheduling Order.

  B. The parties request a pretrial conference in August 2008.

  C. Plaintiff should be allowed until December 30, 2007 to join additional parties and to amend the pleadings.

  D. Defendant should be allowed until January 30, 2008 to join additional parties and to amend the pleadings.

  E. All potentially dispositive motions should be filed by 90 days before the pretrial conference.

  F. Settlement cannot be evaluated prior to submission of discovery.

    G.    Lists of witnesses and exhibits under Rule 26(a) (3) should be due from plaintiff and defendant by thirty days before trial.

    H.    Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a) (3).

    I.    The case should be ready for trial by September 22, 2008, and at this time is expected to take approximately 3 days.

Respectfully submitted this 3rd day of October 2007.

        /S/ **JIMMY JACOBS**
        JIMMY JACOBS (JAC051)
        Attorney for Plaintiff

OF COUNSEL:

JIMMY JACOBS, L.L.C.
4137 Carmichael Road, Ste 100
Montgomery, Alabama 36106
Telephone: (334) 215-1788
Facsimile: (334) 215-1198

        /S/**Kirk C. Shaw**
        Kirk C. Shaw (SHAW0466)
        Attorney for Defendant

OF COUNSEL:

Kirk C. Shaw, Esq.
ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
Telephone: (251) 405-1302
Facsimile: (251) 432-6843