IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

PAULA F. DeFRANK,

    Plaintiff,

v.

ARMY FLEET SUPPORT, L.L.C.,

    Defendants,

CASE NO. 1:07-cv-00775-WKW

## CONFLICT DISCLOSURE STATEMENT

COMES NOW PAULA F. DeFRANK, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

8/31/2007  11/28/07
Date

/s/ JIMMY JACOBS (JAC051)
(Signature)

**Jimmy Jacobs**
(Counsel's Name)

**PAULA F. DeFRANK**
Counsel for (print names of all parties)

4137 Carmichael Road, Ste. 100
Montgomery, AL 36106
Address, City, State Zip Code

(334) 215-1788
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____SOUTHERN_____ DIVISION

**CERTIFICATE OF SERVICE**

I, Jimmy Jacobs_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 31st____ day of August_____ 20 07, to:

_____
_____
_____
_____
_____
_____

8/31/2007  10/28/07
Date

/s/JIMMY JACOBS (JAC051)
Signature

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and service will be perfected upon counsel of record following this the 28th day of November, 2007.

/s/JIMMY JACOBS
Jimmy Jacobs (JAC051)
4137 Carmichael Road, Ste 100
Montgomery, Alabama 36106
(334)215-1788

COUNSEL OF RECORD:

Kirk C. Shaw, Esq.
ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
Telephone: (251) 405-1302
Facsimile: (251) 432-6843