IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAULA F. DeFRANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 1:07cv775-WKW |
| | ) |
| ARMY FLEET SUPPORT, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant's' Motion for Protective Order (Doc. #15), it is

ORDERED that Plaintiff shall file a response to the motion (Doc. #15, #16) on or before January 25, 2008.

DONE this 18th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE