IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PAULA F. DeFRANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07cv775-WKW |
| | ) | |
| ARMY FLEET SUPPORT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant's Motion for Protective Order (Doc. #15), and

Plaintiff's Response in Opposition to the motion (Doc. #18), it is

ORDERED that Defendant shall file a modified proposed protective order

covering both Plaintiff's and Defendant's confidential documents.  The proposed

protective order shall be filed in Word or Word Perfect format via email to

propord_capel@almd.uscourts.gov on or before February 1, 2008.

DONE this 28th day of January, 2008.


                                        /s/ Wallace Capel, Jr.
                                        WALLACE CAPEL, JR.
                                        UNITED STATES MAGISTRATE JUDGE