IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PAULA F. DeFRANK, | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. 1:07cv775-WKW |
| ARMY FLEET SUPPORT, LLC, | § | |
| Defendant. | § | |

**DEFENDANT ARMY FLEET SUPPORT, LLC'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Army Fleet Support, LLC ("AFS") moves for (i) summary judgment as to Count One of Plaintiff's Complaint (her claim under the Rehabilitation Act of 1973) pursuant to Fed.R.Civ.P. 56(b) on the ground that there is no genuine issue of material fact and AFS is entitled to judgment as a matter of law and (ii) dismissal of Count Two of Plaintiff's Complaint (her state law claim) under the Court's discretionary authority pursuant to 28 U.S.C. §1367(c)(3). In the alternative, Defendant moves for summary judgment as to both Counts on the ground that there is no genuine issue of material fact and AFS is entitled to judgment as a matter of law.

This Motion is based upon the pleadings and Defendant AFS's contemporaneously filed Evidentiary Submission and its Memorandum of Law in Support of this Motion. A proposed Order is also submitted with this Motion.

Respectfully submitted this 14th day of May 2008.

        ARMBRECHT JACKSON LLP
        Post Office Box 290
        Mobile, Alabama 36601
        Phone:     (251) 405-1302
        Facsimile:  (251) 432-6843


        By   /s/ Kirk C. Shaw (SHAW0466)
           Attorney for Army Fleet Support LLC


## CERTIFICATE OF SERVICE

    I hereby certify that on May 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

        Jimmy Jacobs, LLC
        4137 Carmichael Road, Suite 100
        Montgomery, AL  36106


        /s/ Kirk C. Shaw (SHAWK0466)

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAULA F. DeFRANK, | § |
| Plaintiff, | § |
| v. | §    CASE NO. 1:07cv775-WKW |
| ARMY FLEET SUPPORT, LLC, | § |
| Defendant. | § |

PROPOSED ORDER ON
DEFENDANT ARMY FLEET SUPPORT, LLC'S
<u>MOTION FOR SUMMARY JUDGMENT</u>

This Cause came on to be heard on Defendant Army Fleet Support, LLC's Motion for Summary Judgment pursuant to Rule 56(b) of the Federal Rules of Civil Procedure. The Court having considered the pleadings in the action, the affidavits, exhibits, and memoranda of law submitted by the parties, and having found that there is no genuine issue of material fact, and having concluded that Defendant Army Fleet Support, LLC is entitled to judgment as a matter of law as to Count One of Plaintiff's Complaint and that Count Two should be decided by the state courts, it is the ORDER, JUDGMENT and DECREE of the court that:

    1.    Defendant Army Fleet Support, LLC's Motion for Summary Judgment is granted as to Count One of Plaintiff's Complaint;

    2.    Count Two is dismissed without prejudice.

     3.     Judgment is entered in favor of Defendant Army Fleet Support, LLC, and against Plaintiff Paula F. DeFrank, with Plaintiff DeFrank taking nothing by her Complaint against Defendant Army Fleet Support, LLC.

It is further ORDERED that costs are taxed against Plaintiff DeFrank, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this _____ day of _____ 2008.

_____
UNITED STATES DISTRICT JUDGE