IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAULA F. DeFRANK<br>**Plaintiff** | )<br>)<br>) |
| v. | ) CASE NUMBER 1:07-cv-775-WKW<br>) |
| ARMY FLEET SUPPORT, L.L.C.,<br>**Defendant** | )     (JURY DEMAND)<br>) |

**Report of Parties' Settlement Conference**

Comes now the Plaintiff, by and through undersigned counsel, and submits this Report of the Parties' Settlement Conference conducted on May 30, 2008, pursuant to the Court's Scheduling Order in this matter. The Parties have concluded that they are unable to reach a resolution of their differences at this time, but agree to continue their efforts toward resolution in the matter. The Parties do not believe mediation would be helpful at this point in their efforts, but wish to reserve the right to request mediation through the Court as the case progresses.

Respectfully submitted this 5th day of June 2008.

/S/ JIMMY JACOBS
JIMMY JACOBS (JAC051)
Attorney for Plaintiff
4137 Carmichael Rd, Ste 100
Montgomery, Alabama 36106
(334) 215-1788

1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and service will be perfected upon counsel of record following this the 5th day of June 2008.

/s/JIMMY JACOBS
Jimmy Jacobs (JAC051)
4137 Carmichael Road, Ste 100
Montgomery, Alabama 36106
(334)215-1788

COUNSEL OF RECORD:

Kirk C. Shaw, Esq.
ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
Telephone: (251) 405-1302
Facsimile: (251) 432-6843