IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **PAULA F. DeFRANK,** | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. 1:07cv775-WKW |
| **ARMY FLEET SUPPORT, LLC,** | § | |
| Defendant. | § | |

**UNOPPOSED MOTION TO EXTEND BY THREE BUSINESS DAYS
DEFENDANT'S DEADLINE FOR FILING REPLY BRIEF**

Comes now Defendant Army Fleet Support, LLC ("AFS") and respectfully moves the Court to enter an Order extending by three business days, from Wednesday, June 18, 2008 to Monday, June 23, 2008, the time within which it may reply to Plaintiff's "Response to Defendant's Motion for Summary Judgment" (Doc. 24). In support of this Motion, Defendant shows unto the Court as follows:

1.  This is a suit for an alleged violation of the Rehabilitation Act of 1973 and for fraud/deceit under state law. Plaintiff contends that she was not allowed to return to work by Defendant because of her alleged disability, and that Defendant committed fraud and deceit upon her in advising her regarding her entitlement to unemployment compensation benefits.

2.  Defendant filed a Motion for Summary Judgment as to Plaintiff's claims on May 14, 2008 (Doc. 21). Plaintiff responded thereto on June 4, 2008 (Doc. 24). The current deadline for Defendant to reply to Plaintiff's response is June 18, 2008.

3.      The case is scheduled for trial during the Court's September 22, 2008 trial term in Dothan, Alabama.  The cut-off for discovery is July 28, 2008.

4.      Defendant requests this three-business day extension because undersigned counsel has, and will be, unavailable to devote the attention necessary by the present deadline due to family matters that have and will continue to engage him through June 16, 2008.  The undersigned will disclose further details orally to the Court, if needed.

5.      Plaintiff's counsel has been consulted.  He does not oppose this Motion for Extension of Time.

6.      This requested extension will not impact any of the deadlines set in this case or prejudice the Plaintiff.

WHEREFORE, premises considered, Defendant respectfully moves the Court to enter an Order extending until June 23, 2008 the time within which Defendant may file its reply to Plaintiff's "Response to Defendant's Motion for Summary Judgment."

Respectfully submitted this 11th day of June 2008.

        ARMBRECHT JACKSON LLP  
        Post Office Box 290  
        Mobile, Alabama 36601  
        Phone:       (251) 405-1302  
        Facsimile:   (251) 432-6843

        By____/s/ Kirk C. Shaw (SHAW0466)_____  
           Attorney for Army Fleet Support LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

      Jimmy Jacobs, LLC
      4137 Carmichael Road, Suite 100
      Montgomery, AL  36106


      /s/ Kirk C. Shaw (SHAWK0466)