IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAULA DeFRANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-775-WKW |
| ) | |
| ARMY FLEET SUPPORT, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Unopposed Motion to Extend by Three Business Days Defendant's Deadline for Filing Reply Brief (Doc. # 26), it is ORDERED that the motion is GRANTED. The deadline for the Defendant's reply brief is CONTINUED from June 18, 2008 to **June 23, 2008**.

DONE this 12th day of June, 2008.

　　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE