IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAULA F. DeFRANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:07cv775-WKW |
| | ) |
| ARMY FLEET SUPPORT, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On July 15, 2008, Bryan S. Blackwell, a non-party, filed a Motion for Protective Order and to Quash Subpoena (Doc. #30). Upon consideration of the Motion, it is

ORDERED that Defendant shall file a response to the motion (Doc. #30) on or before July 29, 2008.

Done this 15th day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE