IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAULA F. DeFRANK, | § |
| Plaintiff, | § |
| v. | § CASE NO. 1:07cv775-WKW |
| ARMY FLEET SUPPORT, LLC, | § |
| Defendant. | § |

## RESPONSE OF ARMY FLEET SUPPORT, LLC TO MOTION BY BRYAN S. BLACKWELL, P.C. FOR PROTECTIVE ORDER AND TO QUASH SUBPOENA

Defendant Army Fleet Support, LLC ("AFS") responds to Bryan S. Blackwell, P.C.'s Motion for Protective Order and to Quash Subpoena (Docs. #30 & 31) and to this Court's Order with respect thereto (Doc. # 32) by withdrawing its non-party subpoena to Bryan S. Blackwell, P.C. Defendant shows unto the Court that, since Defendant's issuance of said subpoena on June 30, 2008, Plaintiff has executed her Consent for Release of Information to the Social Security Administration and Defendant has submitted that Consent to the Social Security Administration, making the Subpoena to Bryan S. Blackwell, P.C. unnecessary at this time. By withdrawing its subpoena, Defendant does not concede the arguments made by Bryan S. Blackwell, P.C. in its Motion.

ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
Phone:       (251) 405-1302
Facsimile:   (251) 432-6843


By   /s/ Kirk C. Shaw (SHAW0466)

Attorney for Army Fleet Support LLC


## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

Bryan S. Blackwell
Bryan S. Blackwell, P.C.
306 North Foster Street
Dothan, AL 36303

Jimmy Jacobs, LLC
4137 Carmichael Road, Suite 100
Montgomery, AL 36106


/s/ Kirk C. Shaw (SHAWK0466)