IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PAULA F. DeFRANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07cv775-WKW |
| | ) | |
| ARMY FLEET SUPPORT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

On July 15, 2008, Bryan S. Blackwell, a non-party, filed a Motion for Protective Order and to Quash Subpoena (Doc. #30). Defendant filed a Response to the motion, indicating that Defendant wishes to withdraw the subpoena at this time, as Defendant has sought the subpoenaed information from another source. Accordingly, it is

ORDERED that Motion for Protective Order and to Quash Subpoena (Doc. #30) is DENIED as MOOT.

Done this 30th day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE