IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAULA DeFRANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-775-WKW |
| ) | |
| ARMY FLEET SUPPORT, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is ORDERED that the trial in this matter is CONTINUED from the civil trial term commencing September 22, 2008, to the Dothan trial term commencing on **January 12, 2009**.

It is further ORDERED that the pretrial conference is CONTINUED from August 11, 2008, to **November 24, 2008.** Furthermore, the deadlines referenced in Sections 9, 10, and 11 of the Uniform Scheduling Order (Doc. # 9) are EXTENDED from August 14, 2008, to **December 4, 2008**.

DONE this 31st day of July, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE