IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAULA F. DeFRANK, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:07-CV-775-WKW |
| ) | |
| ARMY FLEET SUPPORT, L.L.L, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant's Motion to Supplement Its Evidentiary Submission in Support Its Motion for Summary Judgment (Doc. # 28), it is ORDERED that the motion is granted.

DONE this 3rd day of September, 2008.

                                            /s/ W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE